

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00017-CV

_____

IN RE RICARDO R. HINOJOS, Relator

---

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-359918-24

---

Before Kerr, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and all related motions and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and all related motions are denied.

Per Curiam

Delivered: January 14, 2025